FILED
May 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOSEPH RAY TUFFORD, )<br>)<br>Defendant. ) | Case No. CR.S-11-0057-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH RAY TUFFORD, Case No. CR.S-11-0057-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $10,000.00

  _X_ Unsecured Appearance Bond

  ___ Secured Appearance Bond

  _X_ (Other) Conditions as stated on the record.

  ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-06-11  at  3:00 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge