DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSEPH TUFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-CR-057 EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| JOSEPH TUFFORD, ) | |
| ) | Date: August 23, 2011 |
| Defendant. ) | Time: **2:00 p.m.** |
| ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, David Stevens, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for JOSEPH TUFFORD, that the Court vacate the status conference on June 22, 2011 at 10:00 a.m. and set a new status conference on August 23, 2011 at **2:00 p.m.**

    The parties also agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution.  18

U.S.C. § 3161(h)(7)(A).

    The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through August 23, 2011, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Dated:  June 21, 2011

    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
JOSEPH TUFFORD

Dated: June 21, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Stevens
DAVID STEVENS
Assistant United States Attorney

**ORDER**

As modified above, IT IS SO ORDERED.

Dated: June 21, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-