```
FILED
August 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>. )<br>JOSEPH RAY TUFFORD, )<br>)<br>Defendant. ) | Case No. CR.S-11-0057-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH RAY TUFFORD, Case No. CR.S-11-0057-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of:    $

___Unsecured Appearance Bond

___Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

_X_   (Other) The deft is ordered released to the custody of the Pretrial Services Officer on 08/02/2011 at 8:30 a.m. for transportation to The Efford inpatient facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 08-01-11 at 10:26 PM.

By _____
Edmund F. Brennan
United States Magistrate Judge