# FILED

**FEB - 4 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JOSEPH RAY TUFFORD,

        Defendant.

_____/

2:11-cr-00057-EFB

**DETENTION ORDER**
(Violation of Pretrial Release, Probation or
Supervised Release)

X  After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

_____  There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

X  There is clear and convincing evidence that the defendant has violated another condition of release and

_____  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community or

X  the person is unlikely to abide by any condition or combination of conditions of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

_____  Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of probation or supervised release) the court finds defendant has not met his burden of establishing by clear and convincing evidence that he will not flee or pose a danger to another person or to the community.

1        IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
2   custody of the Attorney General for confinement in a corrections facility separate, to the extent
    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
3   The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
    Upon further order of a court of the United States or request of an attorney for the United States the
4   person in charge of the corrections facility in which defendant is confined shall deliver defendant
    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6
    Dated: 2-4-2013
7                                              EDMUND F. BRENNAN,
                                               UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                    2