FILED
March 11, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. 2:11-cr-00057-EFB
            Plaintiff,       )
v.                           )
                             )   ORDER FOR RELEASE OF
JOSEPH RAY TUFFORD,          )   PERSON IN CUSTODY
                             )
            Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSEPH RAY TUFFORD, Case No. 2:11-cr-00057-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $

         ___   Co-Signed Unsecured Appearance Bond

         ___   Secured Appearance Bond

   _X_   (Other) Conditions as stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/11/2013  at  10:13 AM.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge